**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio GONZALEZ, Defendant–**
**Appellant.**

**No. 05–40074.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Antonio Gonzalez pleaded guilty to possession with intent to distribute more than five kilograms of cocaine and was sentenced to 120 months of imprisonment and a five-year term of supervised release. Gonzalez argues for the first time on appeal that the provisions found in 21 U.S.C. § 841(a) and (b) are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As he concedes, this issue is foreclosed. *See United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000).

AFFIRMED.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

